| | |
|---|---|
| 1 | PLACER COUNTY COUNSEL |
| 2 | David K. Huskey (SBN 109329) |
|   | Valerie D. Flood (SBN 126639) |
| 3 | 175 Fulweiler Avenue |
| 4 | Auburn, California  95603 |
|   | Telephone:  (530) 889-4044 |

Attorneys for Defendants COUNTY OF PLACER, PLACER COUNTY SHERIFF'S DEPT., OFFICERS TRACY GRANT, RON GOODPASTER, KEVEN BESANA, BRIAN WHIGAM, JEFF POTTER, MARK REED, and STEPHEN D'ARCY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGIA CHACKO, an individual and MICHAEL BALDWIN, an individual, ) ) ) | **Case No. 2:01-cv-1177 MCE GGH** |
| Plaintiffs, ) ) | **STIPULATED ORDER OF DISMISSAL** |
| vs. ) ) | _____ |
| PLACER COUNTY, PLACER COUNTY SHERIFF'S DEPARTMENT, OFFICE TRACY GRANT, OFFICER RON GOODPASTER, OFFICER KEVIN BESANA, OFFICER BRIAN WIGGAM, OFFICER JEFF POTTER, OFFICER REED, OFFICER STEPHEN D'ARCY, and DOES ONE to FIFTY, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) _____ ) | |

Counsel for the plaintiffs and defendants submit the following stipulated order of dismissal with prejudice for the signature of the Honorable Morrison C. England to terminate the above captioned lawsuit:

///

///

///

---
1
Stipulated Order of Dismissal

1   Michael Baldwin and Georgia Chacko, through their respective counsel Kate Wells
2   and Paul Turley, agree to voluntarily dismiss with prejudice the above captioned lawsuit
3   against defendants the County of Placer, Jeff Potter, Keven Besana, Ron Goodpaster, Tracy
4   Grant, and Mark Reed.  The dismissal is in exchange for a full and final settlement in
5   compromise of the disputed claim as alleged by plaintiffs in the above captioned lawsuit.
6   The case has settled in the amount of $80,000, which includes all attorney's fees and costs
7   to date.
8   It is so stipulated by:

9   Date: _____        By:     _____
10                                  Paul Turley,
11                                  Attorney for Michael Baldwin

13
14  Date: _____        By:     _____
                                   Kate Wells,
15                                 Attorney for Georgia Chacko

16
17  Date: _____        PLACER COUNTY COUNSEL'S OFFICE

18
19                         By:     __/S/ DAVID K. HUSKEY_____
                                   David K. Huskey,
20                                 Attorney for Defendants

21
22      The foregoing stipulation showing good cause to dismiss the above captioned case,
    IT IS HEREBY ORDERED that this case be dismissed with prejudice, each side to bear its
23
    own costs and attorneys' fees.
24
    Date:  August 14, 2006
25
                                   _____
26                                 MORRISON C. ENGLAND, JR
27                                 UNITED STATES DISTRICT JUDGE

28
                                          2
                              Stipulated Order of Dismissal